JEFFREY H. WOOD, Acting Assistant Attorney General
DEVON LEHMAN McCUNE, Senior Attorney
CO State Bar No. 33223
United States Department of Justice
Environment and Natural Resources Division
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202
Tel: (303) 844-1487/Fax: (303) 844-1350
Email: Devon.McCune@usdoj.gov
TAYLOR N. FERRELL, Trial Attorney
D.C. Bar No. 498260
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20004-7611
Tel: (202) 305-0874
Fax: (202) 305-0506
Taylor.ferrell@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RITA B. ORNELAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE AIR FORCE, et al., <br><br> Defendants. | Case No. 4:16-cv-00046-JAS-JR <br><br> JOINT STATUS REPORT |

The Parties submit this status report in accordance with the Order Staying Briefing Schedule, ECF No. 34.

**1**

1. Plaintiffs brought this action pursuant to the Administrative Procedure Act, challenging a United States Department of Air Force ("Air Force") decision regarding its proposed Total Force Training program at Davis-Monthan Air Force Base in Tuscon, Arizona.

2. In May 2017, the Air Force decided to terminate its Operation Snowbird training program, which comprises a large majority of the Total Force Training program being challenged by Plaintiffs.

3. On August 14, 2017, Colonel Jennifer L. Kilbourn signed a document withdrawing the Environmental Assessment and Finding of No Significant Impact for the Total Force Training program at Davis-Monthan Air Force Base, attached as Att. 1.  The Total Force Training program at Davis-Monthan will terminate as of September 30, 2017.

4. Based on this recent development, counsel for parties have conferred and believe that it is in the best interests of the parties and in the interest of judicial economy to stay the remaining briefing scheduled in this case while they determine the next steps.  The parties propose that they submit to the Court a status report within thirty (30) days.

Submitted this 21st day of August, 2017.

JEFFREY H. WOOD
Acting Assistant Attorney
General

 /s/ Devon Lehman McCune
DEVON LEHMAN MCCUNE

| | |
|---|---|
| 1 | Senior Attorney |
| 2 | United States Department of Justice |
| 3 | Environment & Natural Resources Division |
| 4 | Natural Resources Section |
| 5 | 999 18th St., S. Terrace, Suite 370 |
|   | Denver, CO  80202 |
| 6 | (303) 844-1487 tel.) |
|   | (303) 844-1350 (fax) |
| 7 | Devon.McCune@usdoj.gov |

 */s/ Timothy M. Hogan*
Timonthy M. Hogan
Arizona Center for Law in the Public Interest
514 W. Roosevelt St.
Phoenix, AZ  85003
(602) 258-8850
thogan@aclpi.org

**CERTIFICATE OF SERVICE**

I hearby certify that on **August 21, 2017,** I electronically filed the foregoing **STATUS REPORT** with the Clerk of Court using the CM/ECF system which sent notice to all attorneys of record.

    */s/ Devon Lehman McCune*
DEVON LEHMAN MCCUNE
Senior Attorney
United States Department of Justice
Environment & Natural Resources Division